LORETTA J. DIXON and HELEN M. HALLINAN, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY and SAMUEL C. WHITMAN, Appellants.— Order denying appellants' motion to strike the cause from the jury calendar and place it on the non-jury calendar, on the ground that plaintiffs had waived their right to a jury trial under subdivision 5 of section 426 of the Civil Practice Act, in so

far as appealed from, affirmed, with ten dollars costs and disbursements. (*Bakopoulos* v. *Bank of Athens Trust Co.*, 285 N. Y. 451.) Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.